## State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

Decided and Entered:   June 16, 2016                     521895
_____

In the Matter of ISAIAH GADSDEN,
                    Petitioner,

        v

ELIZABETH O'MEARA, as                    MEMORANDUM AND JUDGMENT
    Superintendent of Gouvernuer
    Correctional Facility,
    et al.,
                    Respondents.
_____


Calendar Date:   May 3, 2015

Before:   Peters, P.J., Lahtinen, Egan Jr., Devine and Clark, JJ.

                        _____


        Isaiah Gadsden, Gouverneur, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondent.

                        _____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in St. Lawrence
County) to review a determination of respondent Superintendent of
Gouverneur Correctional Facility finding petitioner guilty of
violating certain prison disciplinary rules.

        Peters, P.J., Lahtinen, Egan Jr., Devine and Clark, JJ.,
concur.

        Determination confirmed.   No opinion.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court